UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RONALD E. SCHERER,**

        **Plaintiff,**

v.                                                        Case No:  6:21-cv-119-Orl-41EJK

**JPMORGAN CHASE BANK, N.A.,
STEVEN TIGGES, STUART PARCELL
and ZEIGER, TIGGES & LITTLE, LLP,**

        **Defendants.**

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        6:20-cv-1803-Orl-37GJK

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  Febraury 3, 2021

  /s/ Barry Rigby, Esq.

/s/ Barry Rigby
Barry W. Rigby, Esq.
Florida Bar Number 613770
Trial Counsel for Plaintiff
Law Offices of Barry Rigby, P. A.
1881 Lee Road
Winter Park, FL 32789
Phone: (407) 650-1985
barryrigbylaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system on this 3rd day of February, 2021, on all counsel or parties of record.

/s/ Barry Rigby
Barry W. Rigby, Esq.
Florida Bar Number 613770
