UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD E. SCHERER,                                Case No: 6:21-cv-119-Orl-41EJK

    Plaintiff,                                         Judge: Hon. Carlos E. Mendoza
                                                  Magistrate Judge: Hon. Embry J Kidd
v.

JPMORGAN CHASE BANK, N.A.,
STEVEN TIGGES,
STUART PARCELL, and
ZEIGER, TIGGES & LITTLE, LLP,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF SCRIVENOR'S ERROR**

Plaintiff, Ronald E. Scherer, through his undersigned attorney, hereby gives notice of the following scrivener's error in Plaintiff's Independent Action for Relief From Judgment Based on Fraud on the Court e-filed in this action January 16, 2021 as follows: opening paragraph reads, "pursuant to Rule 60(b)(3), Fed. R. Civ. P." and should have read, "pursuant to Rule 60(d)(3), Fed. R. Civ. P.".

Dated this 9th day of February.

                                                /s/ Barry Rigby
                                              Barry W. Rigby, Esq.
                                              Florida Bar Number 613770
                                              Trial Counsel for Plaintiff
                                              Law Offices of Barry Rigby, P. A.
                                              1881 Lee Road
                                              Winter Park, FL 32789
                                              Phone: (407) 650-1985
                                              barryrigbylaw@gmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing notice was served electronically via the Court's CM/ECF system on this 9th day of February, 2021, on all counsel and parties of record.

                                            /s/ Barry Rigby
                                            Barry W. Rigby, Esq.