UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD E. SCHERER,

    Plaintiff,

v.                                          Case No.: 6:21-cv-119-Orl-41EJK

JPMORGAN CHASE BANK, N.A.,
STEVEN TIGGES,
STUART PARCELL, and
ZEIGER, TIGGES & LITTLE, LLP,

    Defendants.
_____/

**DEFENDANTS, STEVEN TIGGES, STUART PARCELL, AND ZEIGER, TIGGES & LITTLE, LLP'S UNOPPOSED MOTION FOR LEAVE TO FILE A MOTION TO DISMISS IN EXCESS OF 25 PAGES**

Defendants, Steven Tigges, Stuart Parcell, and Zeiger, Tigges & Little, LLP (collectively, "Zeiger Defendants"), by and through undersigned counsel, file this Unopposed Motion for Leave to File a Motion to Dismiss in Excess of 25 Pages. Zeiger Defendants respectfully request the Court grant leave to exceed the page limit set forth in Local Rule 3.01(a), by permitting a response to the Complaint up to 45 pages in length.

Plaintiff's Complaint is 40 pages long and contains 286 paragraphs and over 600 pages of exhibits. Plaintiff attempts to assert two causes of action for fraud on the court pursuant to Rule 60(d)(3). Both claims seek the same relief—to "VACATE the Ohio Court of Common Pleas of Franklin County's ruling in favor of Defendant JPMorgan Chase Bank, N.A., in case number 430379-C due to

[Defendants'] fraud on the court, [and] VACATE the United States District Court for the Southern District of Ohio's Decision in case number 2-14-cv-00-452-ALM." Complaint, Doc. 1, Counts I and II WHEREFORE Clause.

Zeiger Defendants intend to file a motion to dismissed based on, among other things, lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) and the *Rooker-Feldman* doctrine, lack of personal jurisdiction pursuant to Rule 12(b)(2), improper venue pursuant to Rule 12(b)(3), failure to state a claim pursuant to Rule 12(b)(6), and collateral estoppel. The collateral estoppel argument alone requires analysis of several prior actions involving the parties, including: (1) a 2004 action filed by Bank One in Ohio probate court styled *Bank One Trust Co., N.A. v. Ronald E. Scherer, Sr., et al.*, No. 430379-C (Ohio Pr. Ct.); (2) Plaintiff's appeal of the probate judgment; *see Bank One Tr. Co. v. Scherer*, 2009-Ohio-6192, 2009 WL 4049123 (Ohio Ct. App. Nov. 24, 2009); (3) Plaintiff's subsequent action against JPMorgan Chase, Tigges, and Zeiger, Tigges & Little, LLP in the Southern District of Ohio, styled *Scherer v. JPMorgan Chase & Co., et al.*, No. 2:11-CV-635 (S.D. Ohio); (4) Plaintiff's appeal of the Southern District of Ohio judgment to the Sixth Circuit Court of Appeals; *Scherer v. JPMorgan Chase & Co. et al.*, No. 12-3120 (6th Cir.); and (5) a 2014 action brought by the United States against Plaintiff in the Southern District of Ohio. *See United States v. Scherer*, No. 2:14-CV-452, 2015 WL 5381671 (S.D. Ohio Sept. 14, 2015). *See also Scherer v. JP Morgan Chase & Co.*, 508 F. App'x 429 (6th Cir. 2012) (affirming dismissal).

Considering the claims and defenses at issue and the history of cases between the parties, the Zeiger Defendants do not anticipate being able to adequately respond to the Complaint in a response of 25 pages. Accordingly, the Zeiger Defendants respectfully request the Court grant leave to exceed the page limitation set forth in Local Rule 3.01(a), by permitting a response to the Complaint up to 45 pages in length.

### Local Rule 3.01(g) Certification

The undersigned certifies that he conferred with Plaintiff's counsel in good faith to resolve this motion and Plaintiff does not oppose the relief sought.

Dated this 16th day of June, 2021.

> By: _s/ Jeffrey M. Partlow_
> JEFFREY M. PARTLOW, ESQ.
> Florida Bar No.: 110627
> COLE, SCOTT & KISSANE, P.A.
> 1900 Summit Tower Boulevard, Ste 400
> Orlando, Florida 32810
> Telephone: (321) 972-0005
> Facsimile: (321) 972-0099
> jeffrey.partlow@csklegal.com
> geraldine.pena@csklegal.com
> *Counsel for Defendants, Steven Tigges, Stuart Parcell, and Zeiger, Tigges & Little, LLP*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2021, a true and correct copy of the foregoing was served by CM/ECF on counsel of record, including: Barry W. Rigby, Esq., Law Offices of Barry Rigby, P.A., barryrigbylaw@gmail.com.

> By: _s/ Jeffrey M. Partlow_
> Florida Bar No.: 110627