# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RONALD E. SCHERER,

    Plaintiff,

v.                                                    Case No.: 6:21-cv-119-Orl-41EJK

JPMORGAN CHASE BANK, N.A.,
STEVEN TIGGES,
STUART PARSELL, and
ZEIGER, TIGGES & LITTLE, LLP,

    Defendants.

_____/

## NOTICE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

    Defendants, Steven Tigges, Stuart Parsell, and Zeiger, Tigges & Little, LLP (collectively, the "Moving Defendants") by and through undersigned counsel, and pursuant to Local Rule 3.01(g), hereby give notice of compliance with Local Rule 3.01(g), and state as follows:

    Counsel for the Moving Defendants hereby certifies that she has conferred with counsel for Plaintiff prior to the filing of the Moving Defendants' Motion for Sanctions (the "Motion"), filed July 19, 2021. Doc. 28. On June 21, 2021, Moving Defendants served a copy of the Motion on Plaintiff's counsel pursuant to Federal Rule of Civil Procedure (5)(b)(2)(C), thereby complying with the safe-harbor provision of Federal Rule of Civil Procedure 11(c)(2). On July 16, 2021, the undersigned spoke with counsel for Plaintiff via teleconference call in a good faith effort to avoid filing the Motion and continued to engage in good faith

communications regarding the Motion, but the parties do not agree to the relief sought in the Motion.

Dated this 19th day of July, 2021.

By: _s/ Geraldine P. Pena_
JEFFREY M. PARTLOW, ESQ.
Florida Bar No.: 110627
GERALDINE P. PENA, ESQ.
Florida Bar No.: 1003097
COLE, SCOTT & KISSANE, P.A.
1900 Summit Tower Boulevard, Ste 400
Orlando, Florida 32810
Telephone: (321) 972-0005
Facsimile: (321) 972-0099
jeffrey.partlow@csklegal.com
geraldine.pena@csklegal.com
kirbie.caruso@csklegal.com
*Counsel for Defendants, Steven Tigges, Stuart Parcell, and Zeiger, Tigges & Little, LLP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of July, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record, including: Barry W. Rigby, Esq., Law Offices of Barry Rigby, P.A., 1881 Lee Road, Winter Park, FL 32789, barryrigbylaw@gmail.com.

By: _s/ Geraldine P. Pena_
Florida Bar No.: 1003097