UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD E. SCHERER,   Case No: 6:21−cv−00119−RBD−GJK

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
STEVEN TIGGES,
STUART PARCELL, and
ZEIGER, TIGGES & LITTLE, LLP,

    Defendants.
_____/

**PLAINTIFF, RONALD E. SCHERER'S, SUPPLEMENT TO CERTIFICATION ON REQUEST FOR ORAL ARGUMENT**

Plaintiff, Ronald E. Scherer, by and through his undersigned counsel, and pursuant to the Local Rule 3.01(g), Middle District of Florida, hereby files this Supplement to the "Local Rule 3.01(g) Certification" on Plaintiff's Request for Oral Argument filed September 17, 2021. and supplements it to state:

**"LOCAL RULE 3.01(g) CERTIFICATION**

Movant certifies that he has conferred via email with all Counsel for all Defendant's and they oppose Plaintiff's Request for Oral Argument filed September 17, 2021 and the parties could not agree on a resolution to the Request.

Respectfully Submitted,

/s/ Barry Rigby
Barry Rigby, Esq.
Fla. Bar No. 0613770
Law Offices of Barry Rigby, P.A.
1881 Lee Road
Winter Park, FL 32789
Primary: barryrigbylaw@gmail.com
Secondary: rigbylaw@yahoo.com
Phone: (407) 650-1985
Fax: (407) 386-6150
Lead Counsel for Plaintiff,
Ronald E. Scherer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system on this 21st day of September, 2021, on all counsel and parties of record as listed below.

Jeffrey M. Partlow
Geraldine Patrizia Pena
Cole, Scott & Kissane P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Tel: (321) 972-0079
 Fax: (321) 972-0099
jeffrey.partlow@csklegal.com
natasha.acevedo@csklegal.com
Attorneys for Defendants, Steven Tigges, Stuart Parcell, and Zeiger, Tigges & Little, LLP

Andrew Benjamin Boese
Derek E. Leon
Leon Cosgrove, LLC
255 Alhambra Cir Ste 800
Coral Gables, FL 33134−7412
Tel: (305) 740−1975
Fax: (305) 437−8158
aboese@leoncosgrove.com
dleon@leoncosgrove.com
Attorneys for Defendant,
JPMorgan Chase Bank, N.A.

/s/ Barry Rigby
Barry W. Rigby, Esq.
Florida Bar Number 613770