# Exhibit 1

LEÓN LE COSGROVE

255 Alhambra Circle - 8th Floor
Miami, FL  33134
mortega@leoncosgrove.com

Statement Date: 08/18/2021
Statement No: 24912

**JPMorgan Chase Bank, N.A.**
**Kathryn M. Decker**
**480 Washington Blvd - 23rd Floor**
**Jersey City, NJ  07310**

00013.0948: Ronald E. Scherer - LIT21008181
JPMorgan Chase Bank, N.A.

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/2021 | AB | Initial review of complaint and motion to dismiss filed by codefendants. | 1.40 | 465.00 | 651.00 |
| 07/09/2021 | DL | Attention to background information and communicate with team regarding same. | 0.70 | 534.00 | 373.80 |
| 07/09/2021 | DL | Attention to co-defendant's briefing and streamlining arguments. | 0.50 | 534.00 | 267.00 |
| 07/12/2021 | AB | Analyze complaint and exhibits to complaint. | 2.30 | 465.00 | 1,069.50 |
| 07/12/2021 | AB | Analyze 60-page 2008 judgment attached to codefendants motion to dismiss. | 1.10 | 465.00 | 511.50 |
| 07/12/2021 | AB | Identify and review prior state and federal orders and opinions. | 2.10 | 465.00 | 976.50 |
| 07/12/2021 | DZ | Research U.S. District Court for the Middle District of Florida regarding dockets, obtain current case docket, select and identify relevant pleadings including complaint and exhibits, return of service on Chase, case management report, co-defendants pleadings and exhibits and review same. | 0.70 | 253.00 | 177.10 |
| 07/13/2021 | AB | Review Rule 11 letter from Zeiger firm. | 0.50 | 465.00 | 232.50 |
| 07/13/2021 | AB | Prepare corporate disclosure statement and request for extension of time. | 0.60 | 465.00 | 279.00 |
| 07/13/2021 | AB | Review letters and attached materials from F. Figetakis. | 0.90 | 465.00 | 418.50 |
| 07/13/2021 | AB | Analyze bases for personal jurisdiction over Chase. | 1.60 | 465.00 | 744.00 |
| 07/14/2021 | AB | Continue to analyze complaint, case background, and exhibits. | 3.40 | 465.00 | 1,581.00 |
| 07/14/2021 | DL | Attention to status of case and various communications with team regarding open items, Rule 11 and motion to dismiss. | 0.30 | 534.00 | 160.20 |
| 07/15/2021 | DL | Attention to motion to dismiss and timing of same. | 0.40 | 534.00 | 213.60 |
| 07/16/2021 | AB | Review case law regarding evidence required for fraud on the court under rule 60(d) and relationship to res judicata and rooker-feldman and review pleadings and relevant prior decisions addressing basis for allegations of fraud. | 5.30 | 465.00 | 2,464.50 |
| 07/16/2021 | DL | Attention to reassignment and prior order of dismissal and communicate with team regarding same. | 0.20 | 534.00 | 106.80 |
| 07/19/2021 | AB | Review Zeiger defendants' motion for sanctions. | 0.50 | 465.00 | 232.50 |

00013.0948 / JPMorgan Chase Bank, N.A.                                                                  Page: 2
Ronald E. Scherer - LIT21008181

| | | | | | |
|---|---|---|---|---|---|
| 07/19/2021 | AB | Continue to analyze complaint, prior cases, case law, and prepare outline of arguments. | 5.10 | 465.00 | 2,371.50 |
| 07/19/2021 | DL | Attention to Rule 11 motion and communicate with team regarding same. | 0.30 | 534.00 | 160.20 |
| 07/20/2021 | AB | Continue to analyze complaint, prior cases, case law regarding statute of limitations and U.S. as a necessary party, and prepare outline of arguments. | 4.30 | 465.00 | 1,999.50 |
| 07/20/2021 | AB | Communications with F. Frigetakis regarding strategy. | 0.20 | 465.00 | 93.00 |
| 07/20/2021 | DL | Attention to Rule 11 issues and comments and communicate with team regarding same. | 0.30 | 534.00 | 160.20 |
| 07/26/2021 | AB | Draft motion to dismiss. | 5.80 | 465.00 | 2,697.00 |
| 07/27/2021 | AB | Continue to draft motion to dismiss. | 5.40 | 465.00 | 2,511.00 |
| 07/27/2021 | DL | Review/revise motion to dismiss. | 1.20 | 534.00 | 640.80 |
| 07/28/2021 | AB | Review and accept edits and incorporate comments to motion to dismiss and revise motion. | 5.10 | 465.00 | 2,371.50 |
| 07/28/2021 | AB | Telephone conference with F. Figetakis regarding motion to dismiss and regarding place of business of national bank for personal jurisdiction. | 0.70 | 465.00 | 325.50 |
| 07/28/2021 | DL | Attention to client comments and question on motion to dismiss and prepare response to same regarding personal jurisdiction. | 0.90 | 534.00 | 480.60 |
| 07/28/2021 | DL | Attend conference call with client. | 0.70 | 534.00 | 373.80 |
| 07/29/2021 | AB | Review and accept edits and comments and revise motion to dismiss. | 1.90 | 465.00 | 883.50 |
| 07/29/2021 | AB | Telephone conference with F. Figetakis regarding res judicata arguments in draft motion to dismiss. | 0.40 | 465.00 | 186.00 |
| 07/29/2021 | DL | Attention to additional comments from client on motion to dismiss and finalize same. | 0.40 | 534.00 | 213.60 |
| 07/29/2021 | WAO | Collect legal authority in support of motion to dismiss based on res judicata. | 1.10 | 250.00 | 275.00 |
| 07/29/2021 | DZ | Research U.S. District Court for the Middle District of Florida regarding dockets, obtain R. Scherer previous lawsuit against Bank One Trust Company, select and identify complaint, notice of voluntary dismissal and dismissal order and review same in preparation of motion to dismiss. | 0.50 | 253.00 | 126.50 |
| 07/30/2021 | AB | Telephone conference with counsel for Zeiger defendants regarding prior Florida actions. | 0.50 | 465.00 | 232.50 |
| 07/30/2021 | AB | Finalize exhibits to MTD. | 0.50 | 465.00 | 232.50 |
| 07/30/2021 | AB | Telephone conference with B. Rigby, counsel for plaintiff, regarding resolution of the motion to dismiss. | 0.30 | 465.00 | 139.50 |
| 07/30/2021 | DL | Review/revise motion to dismiss and various communications with team regarding same. | 0.90 | 534.00 | 480.60 |

Sub-total Fees:   $27,413.30

## Rate Summary

| | | |
|---|---|---|
| Andrew B. Boese | 49.90 hours at $465.00/hr | 23,203.50 |
| Derek E. Leon | 6.80 hours at $534.00/hr | 3,631.20 |
| William A. O'Leary | 1.10 hours at $250.00/hr | 275.00 |
| Diana Zulueta | 1.20 hours at $253.00/hr | 303.60 |

00013.0948 / JPMorgan Chase Bank, N.A.                                                    Page: 3
Ronald E. Scherer - LIT21008181

Total hours:            59.00

Total Current Billing:    $27,413.30

Total Payments:           $0.00

**Total Now Due:**    **$27,413.30**

LEÓN LE COSGROVE

255 Alhambra Circle - 8th Floor
Miami, FL  33134
mortega@leoncosgrove.com

Statement Date: 09/13/2021
Statement No: 25024

**JPMorgan Chase Bank, N.A.**
**Kathryn M. Decker**
**480 Washington Blvd - 23rd Floor**
**Jersey City, NJ  07310**

00013.0948: Ronald E. Scherer - LIT21008181
JPMorgan Chase Bank, N.A.

## Professional Fees

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/2021 | AB | Attention to filing motion to dismiss. | 0.70 | 465.00 | 325.50 |
| 08/02/2021 | AB | Review law regarding Rule 11 sanction and analyze arguments. | 2.60 | 465.00 | 1,209.00 |
| 08/02/2021 | AB | Attention to obtaining findings of fact and judgment from second probate trial. | 0.60 | 465.00 | 279.00 |
| 08/02/2021 | DL | Attention to Rule 11 questions and communicate with team regarding same. | 0.40 | 534.00 | 213.60 |
| 08/02/2021 | DZ | Research Court of Common Pleas, Probate Division of Franklin County Clerk of Court regarding dockets, obtain R. Scherer's previous probate declaratory judgment docket and review same, select and identify final judgment and prepare email to probate clerk requesting same in preparation of response to complaint. | 0.50 | 253.00 | 126.50 |
| 08/03/2021 | AB | Review and analyze plaintiff's response to codefendant Tigges' motion for sanctions. | 0.60 | 465.00 | 279.00 |
| 08/03/2021 | AB | Analyze factual allegations of 2008 Middle District Action and bases for additional res judicata arguments. | 3.40 | 465.00 | 1,581.00 |
| 08/03/2021 | DL | Communicate with client and team regarding opposition to motion and impact on motion for sanctions. | 0.20 | 534.00 | 106.80 |
| 08/04/2021 | AB | Review case management and scheduling orders. | 0.50 | 465.00 | 232.50 |
| 08/04/2021 | AB | Analyze new personal jurisdiction order from Southern District of Florida. | 0.40 | 465.00 | 186.00 |
| 08/04/2021 | AB | Review order of mediation and confer with opposing counsel and co-defendant's regarding scheduling mediation. | 0.30 | 465.00 | 139.50 |
| 08/04/2021 | AB | Prepare outline and begin drafting motion for sanctions. | 2.20 | 465.00 | 1,023.00 |
| 08/05/2021 | AB | Draft motion for sanctions. | 3.10 | 465.00 | 1,441.50 |
| 08/06/2021 | AB | Draft and serve initial disclosures. | 1.40 | 465.00 | 651.00 |
| 08/06/2021 | AB | Analyze plaintiff's response to co-defendants' motion to dismiss. | 0.60 | 465.00 | 279.00 |
| 08/06/2021 | AB | Review dockets of all prior Scherer cases in Franklin, Ohio. | 0.90 | 465.00 | 418.50 |
| 08/06/2021 | AB | Draft motion for sanctions. | 4.50 | 465.00 | 2,092.50 |
| 08/06/2021 | DZ | Research Franklin County Probate Clerk of Court regarding dockets, obtain previous R. Scherer probate matters and review same in | 0.50 | 253.00 | 126.50 |

00013.0948 / JPMorgan Chase Bank, N.A.                                                    Page: 2
Ronald E. Scherer - LIT21008181

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | preparation of initial disclosures. |  |  |  |
| 08/09/2021 | AB | Draft motion for sanctions. | 7.20 | 465.00 | 3,348.00 |
| 08/09/2021 | AB | Review co-defendant's and plaintiffs rule 26 disclosures. | 0.40 | 465.00 | 186.00 |
| 08/09/2021 | AB | Review order striking plaintiff's filing of rule 26 disclosures. | 0.10 | 465.00 | 46.50 |
| 08/09/2021 | DL | Attention to response to motion to dismiss. | 0.30 | 534.00 | 160.20 |
| 08/09/2021 | DL | Review/edit motion for Rule 11 sanctions. | 0.60 | 534.00 | 320.40 |
| 08/09/2021 | DL | Attention to Court Order striking plaintiff's disclosures. | 0.20 | 534.00 | 106.80 |
| 08/10/2021 | AB | Incorporate Chase comments and revision into motion for sanctions, prepare exhibits, and file motion for sanctions. | 3.10 | 465.00 | 1,441.50 |
| 08/10/2021 | DL | Communicate with client regarding Rule 11 motion and review comments on same. | 0.30 | 534.00 | 160.20 |
| 08/12/2021 | AB | Confer with counsel for plaintiff and codefendant regarding compliance with court-ordered mediation. | 0.20 | 465.00 | 93.00 |
| 08/13/2021 | AB | Analyze new 11th Cir. opinion regarding narrowing of Rooker-Feldman doctrine and prepare email regarding same. | 0.60 | 465.00 | 279.00 |
| 08/16/2021 | AB | Review Scherer's response to Chase's motion to dismiss. | 0.50 | 465.00 | 232.50 |
| 08/23/2021 | AB | Telephone conference with counsel for Scherer regarding Scherer's prior Rule 60(d) action. | 0.20 | 465.00 | 93.00 |
| 08/24/2021 | AB | Analyze Scherer's response to Chase's MTD and prepare email regarding same. | 0.50 | 465.00 | 232.50 |
| 08/24/2021 | DL | Review opposing counsel's opposition brief and assess same. | 0.30 | 534.00 | 160.20 |
| 08/24/2021 | DL | Communicate with team regarding next steps. | 0.20 | 534.00 | 106.80 |
| 08/31/2021 | AB | Confer with counsel for Scherer regarding motion for sanctions. | 0.20 | 465.00 | 93.00 |

Sub-total Fees:    $17,770.00

## Rate Summary

| | | |
|---|---|---|
| Andrew B. Boese | 34.80  hours at $465.00/hr | 16,182.00 |
| Derek E. Leon | 2.50  hours at $534.00/hr | 1,335.00 |
| Diana Zulueta | 1.00  hours at $253.00/hr | 253.00 |
| | Total hours:  38.30 | |

**Expenses**

| | | Units | Price | Amount |
|---|---|---|---|---|
| 08/10/2021 | Postage (In House). | 1.00 | 8.85 | 8.85 |
| | | | Sub-total Expenses: | $8.85 |

**Payments**

| | | |
|---|---|---|
| 08/23/2021 | Payment received by wire. | 27,413.30 |
| | Sub-total Payments: | $27,413.30 |

| | |
|---|---|
| Total Current Billing: | $17,778.85 |
| Previous Balance Due: | $27,413.30 |

00013.0948 / JPMorgan Chase Bank, N.A.                                                        Page: 3
Ronald E. Scherer - LIT21008181

|                          |                |
|--------------------------|---------------:|
| Total Payments:          | ($27,413.30)   |
| **Total Now Due:**       | **$17,778.85** |

# LEÓN |E COSGROVE

255 Alhambra Circle - 8th Floor
Miami, FL  33134
mortega@leoncosgrove.com

Statement Date: 10/13/2021
Statement No: 25147

**JPMorgan Chase Bank, N.A.**
**Kathryn M. Decker**
**480 Washington Blvd - 23rd Floor**
**Jersey City, NJ  07310**

00013.0948: Ronald E. Scherer - LIT21008181
JPMorgan Chase Bank, N.A.

| Professional Fees | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/2021 | AB | Analyze December 1, 2011 judgment and findings of fact obtained from Franklin County probate court for the second probate trial. | 1.20 | 465.00 | 558.00 |
| 09/01/2021 | DZ | Review email from D. Jones regarding relevant probate pleadings regarding Bank One Trust v. R. Scherer and review same. . | 0.30 | 253.00 | 75.90 |
| 09/02/2021 | AB | Telephone conference with plaintiff's counsel regarding basis for Rule 11 Motion. | 0.40 | 465.00 | 186.00 |
| 09/03/2021 | AB | Telephone conference with plaintiff's counsel, B. Rigby, and file Rule 11 motion. | 0.50 | 465.00 | 232.50 |
| 09/03/2021 | DL | Attention to motion for sanctions and various communications with team regarding same. | 0.30 | 534.00 | 160.20 |
| 09/07/2021 | AB | Communications with F. Figetakis regarding press inquiry and review email from media and refer to JPMC media relations. | 0.30 | 465.00 | 139.50 |
| 09/15/2021 | AB | Review order denying Scherer's request for excess page limit. | 0.10 | 465.00 | 46.50 |
| 09/17/2021 | AB | Review Scherer's request for oral argument. | 0.10 | 465.00 | 46.50 |
| 09/17/2021 | DL | Attention to request for oral argument and communicate with team regarding same. | 0.30 | 534.00 | 160.20 |
| 09/17/2021 | DZ | Review emails from B. Rigby and J. Partlow regarding customer's request for oral argument in response to motion for sanctions. | 0.30 | 253.00 | 75.90 |
| 09/20/2021 | AB | Analyze Scherer's response to Chase's motion for Rule 11 sanctions. | 0.70 | 465.00 | 325.50 |
| 09/20/2021 | DL | Communicate with team regarding response to motion for sanctions. | 0.20 | 534.00 | 106.80 |
| | | | | Sub-total Fees: | $2,113.50 |

## Rate Summary

| | | |
|---|---|---|
| Andrew B. Boese | 3.30  hours at $465.00/hr | 1,534.50 |
| Derek E. Leon | 0.80  hours at $534.00/hr | 427.20 |
| Diana Zulueta | 0.60  hours at $253.00/hr | 151.80 |
| Total hours: | 4.70 | |

00013.0948 / JPMorgan Chase Bank, N.A.                                                          Page: 2
Ronald E. Scherer - LIT21008181

**Payments**

| 09/17/2021 | Payment received by wire. | 17,778.85 |
|---|---|---|
| | Sub-total Payments: | $17,778.85 |
| | | |
| | Total Current Billing: | $2,113.50 |
| | Previous Balance Due: | $17,778.85 |
| | Total Payments: | ($17,778.85) |
| | **Total Now Due:** | **$2,113.50** |

# LEÓN LE COSGROVE

255 Alhambra Circle - 8th Floor
Miami, FL  33134
mortega@leoncosgrove.com

Statement Date: 11/12/2021
Statement No: 25249

**JPMorgan Chase Bank, N.A.**
**Kathryn M. Decker**
**480 Washington Blvd - 23rd Floor**
**Jersey City, NJ  07310**

00013.0948: Ronald E. Scherer - LIT21008181
JPMorgan Chase Bank, N.A.

**Professional Fees**

| Date | | Description | Hours | Rate | Amount |
|------|----|-------------|-------|------|--------|
| 10/27/2021 | AB | Review magistrate's standing discovery order. | 0.20 | 465.00 | 93.00 |
| 10/28/2021 | DZ | Review email from A. Mowrey regarding plan of action for voluminous exhibits for review. | 0.10 | 253.00 | 25.30 |
| | | | | Sub-total Fees: | $118.30 |

### Rate Summary

| | | | |
|--|--|--|--|
| Andrew B. Boese | 0.20 hours at $465.00/hr | | 93.00 |
| Diana Zulueta | 0.10 hours at $253.00/hr | | 25.30 |
| | Total hours: | 0.30 | |

**Payments**

| | | |
|--|--|--|
| 10/18/2021 | Payment received by wire. | 2,113.50 |
| | Sub-total Payments: | $2,113.50 |

| | |
|--|--|
| Total Current Billing: | $118.30 |
| Previous Balance Due: | $2,113.50 |
| Total Payments: | ($2,113.50) |
| **Total Now Due:** | **$118.30** |

# LEÓN LE COSGROVE

255 Alhambra Circle - 8th Floor
Miami, FL  33134
mortega@leoncosgrove.com

Statement Date: 12/03/2021
Statement No: 25361

**JPMorgan Chase Bank, N.A.**
**Kathryn M. Decker**
**480 Washington Blvd - 23rd Floor**
**Jersey City, NJ  07310**

00013.0948: Ronald E. Scherer - LIT21008181
JPMorgan Chase Bank, N.A.

| Professional Fees | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/24/2021 | DZ | Review emails from A. Mowrey and J. Partlow regarding expert reports and review same. | 0.30 | 253.00 | 75.90 |
| | | Sub-total Fees: | | | $75.90 |

### Rate Summary

| | | | |
|---|---|---|---|
| Diana Zulueta | 0.30 hours at $253.00/hr | | 75.90 |
| | Total hours: | 0.30 | |

**Payments**

| 11/16/2021 | Payment received by wire. | 118.30 |
|---|---|---|
| | Sub-total Payments: | $118.30 |
| | Total Current Billing: | $75.90 |
| | Previous Balance Due: | $118.30 |
| | Total Payments: | ($118.30) |
| | **Total Now Due:** | **$75.90** |

LEÓN LᴇC COSGROVE

255 Alhambra Circle - 8th Floor
Miami, FL  33134
mortega@leoncosgrove.com

Statement Date: 12/31/2021
Statement No: 0

**JPMorgan Chase Bank, N.A.**
**Kathryn M. Decker**
**480 Washington Blvd - 23rd Floor**
**Jersey City, NJ  07310**

00013.0948: Ronald E. Scherer - LIT21008181
JPMorgan Chase Bank, N.A.

### Professional Fees

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2021 | AB | Review emails between B. Rigby and J. Partlow regarding deposition dates for Plaintiff's expert. | 0.10 | 465.00 | 46.50 |
| 12/01/2021 | AB | Communications with B. Rigby regarding access to Plaintiff's 5000 pages of expert reports. | 0.10 | 465.00 | 46.50 |
| 12/01/2021 | AB | Communications with client regarding mediation dates and review timing when motions to dismiss were briefed. | 0.10 | 465.00 | 46.50 |
| 12/01/2021 | AB | Communications with J. Partlow regarding extending discovery deadlines. | 0.10 | 465.00 | 46.50 |
| 12/01/2021 | AB | Research plaintiff's right to a jury trial. | 0.20 | 465.00 | 93.00 |
| 12/01/2021 | DL | Attention to options on scheduling order and timing of motion to dismiss and various communications with team regarding same. | 0.40 | 534.00 | 213.60 |
| 12/01/2021 | DZ | Review email from J. Partlow regarding plan of action for Plaintiff's expert deposition. | 0.10 | 253.00 | 25.30 |
| 12/01/2021 | DZ | Review email from A. Mowrey regarding plan of action for uploading Plaintiff's expert reports and prepare response regarding review of same. | 0.20 | 253.00 | 50.60 |
| 12/03/2021 | AB | Follow up with B. Rigby regarding inability to access the links containing his 5000 pages of expert reports. | 0.10 | 465.00 | 46.50 |
| 12/03/2021 | DL | Attention to Order on motion to dismiss and sanctions and communicate with team regarding same. | 0.30 | 534.00 | 160.20 |
| 12/03/2021 | DZ | Review email from J. Partlow regarding plan of action for Plaintiff's expert deposition. | 0.10 | 253.00 | 25.30 |
| 12/12/2021 | AB | Review email from P. Skarlew, Dept. of Justice tax lawyer, regarding federal tax liens against Scherer. | 0.10 | 465.00 | 46.50 |
| 12/16/2021 | AB | Telephone conference with B. Rigby to meet and confer on fee award. | 0.20 | 465.00 | 93.00 |
| 12/16/2021 | DL | Communicate with client regarding status and recommendations. | 0.30 | 534.00 | 160.20 |
| 12/20/2021 | AB | Telephone conference with B. Rigby to meet and confer on fee award.2. | 0.20 | 465.00 | 93.00 |
| 12/20/2021 | AB | Telephone conference with F. Figetakis regarding supplemental fee motion. | 0.20 | 465.00 | 93.00 |
| 12/22/2021 | AB | Communications with B. Rigby to attempt to confer on supplemental fee motion and award. | 0.20 | 465.00 | 93.00 |

00013.0948 / JPMorgan Chase Bank, N.A.                                                           Page: 2
Ronald E. Scherer - LIT21008181

| 12/22/2021 | AB | Research and draft supplemental fee motion. | 4.70 | 465.00 | 2,185.50 |
| 12/22/2021 | AB | Draft declaration in support of fee motion and prepare exhibits to motion and declaration. | 0.90 | 465.00 | 418.50 |
| 12/23/2021 | DL | Attention to fee motion and corresponding proof and communications with team regarding same. | 0.50 | 534.00 | 267.00 |

Sub-total Fees:  $4,250.20

### Rate Summary

| Andrew B. Boese | 7.20 hours at $465.00/hr | 3,348.00 |
| Derek E. Leon | 1.50 hours at $534.00/hr | 801.00 |
| Diana Zulueta | 0.40 hours at $253.00/hr | 101.20 |

Total hours:  9.10

**Payments**

| 12/08/2021 | Payment received by wire. | 75.90 |

Sub-total Payments:  $75.90

Total Current Billing:  $4,250.20

Previous Balance Due:  $75.90

Total Payments:  ($75.90)

**Total Now Due:**  **$4,250.20**