# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-00119-CEM-EJK

RONALD E. SCHERER,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,
STEVEN TIGGES,
STUART PARSELL, and
ZEIGER, TIGGES & LITTLE, LLP,

    Defendants.
_____/

## DECLARATION OF DEREK E. LEÓN IN SUPPORT OF DEFENDANT'S SUPPLEMENTAL MOTION ON AMOUNT OF ATTORNEYS' FEES

Pursuant to 28 U.S.C. § 1746, and under penalty of perjury, I, Derek E. León, declare as follows:

1. I make this declaration in support of Defendant JPMorgan Chase Bank, N.A.'s ("JPMC") Supplemental Motion on Amount of Attorneys' Fees.

2. I am a founding partner of the law firm of León Cosgrove LLP, which is counsel for JPMC.

3. I make this declaration based upon personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

4. This declaration describes the timekeeping practices, experience, and hourly rates of myself, two other attorneys, and a paralegal who worked on this case, my

review of the bills presented to and paid by JPMC in this case, and my review of December 2021 bill recorded but not yet presented to JPMC.

5. Attached as Exhibit A is a copy of my biography from León Cosgrove's website outlining my skill and experience.

6. Attached as Exhibit B is a copy of Andrew Boese's biography from León Cosgrove's website outlining his skill and experience.

7. Attached as Exhibit C is a copy of William O'Leary's biography from León Cosgrove's website outlining his skill and experience.

8. I co-founded this firm in 2013. Since that time, I have litigated numerous commercial matters.

9. Prior to co-founding the firm, I was an equity partner at a leading global law firm with in excess of 2200 lawyers. I have tried numerous cases to successful verdicts in state and federal courts throughout the United States.

10. All León Cosgrove attorneys, and paralegal, have followed standard León Cosgrove practices to maintain their time records. This means generally contemporaneous entry of time into our computerized time-keeping application.

11. All time calculations are noted in percentages of an hour, with the smallest entry being for one-tenth (.1) of an hour.

12. For this matter, my hourly rate was $534.00. I spent a total of 11.6 hours on this matter, resulting in a total fee of $6,194.00. This was a discounted rate provided to JPMC, as my standard hourly rate is $865.

13. Mr. Boese's hourly rate for this matter was $465. He spent a total of 95.4 hours on this matter, resulting in a total fee of $44,361.00. This was a discounted rate provided to JPMC, as Mr. Boese's standard hourly rate is $685.

14. Mr. O'Leary's hourly rate for this matter was $250. He spent a total of 1.1 hours on this matter, resulting in a fee of $275.

15. My firm also had to devote minor paralegal resources to the case. This work was performed by Diana Zulueta. Ms. Zulueta's hourly billing rate during this case was $253 an hour. She spent 3.5 hours on this matter, resulting in a total fee of $885.50. Ms. Zulueta regularly bills out at $325 an hour. Ms. Zulueta is a highly skilled paralegal with more than 25 years of experience. She is also a lawyer in Chile.

16. I reviewed all of the time sheets in this litigation. Based on my review, I verify that all of the rates and hours requested were the rates and hours actually charged to and paid by JPMC (with the exception of December 2021, which will be charged to JPMC), and that they are less than or equal to rates regularly charged by the attorney or paralegal. I further verify that I have reviewed each task and have removed any charge for a task that is excessive, duplicative, clerical, or otherwise unreasonable, and that the total amount sought in this fee petition represents actual hours billed at reasonable rates (or to be billed for December). I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 30, 2021                         Respectfully submitted,

                                        /s/ *Derek E. León*
                                        Derek E. León

# Exhibit A



Office: 305.740.1977

Fax:     305.437.8158

Email:  [dleon@leoncosgrove.com](mailto:dleon@leoncosgrove.com)

[Linkedin profile](#)



# DEREK E. LEÓN IS A FOUNDING PARTNER OF LEÓN COSGROVE LLP AND A CHAMBERS-RANKED COMMERCIAL LITIGATOR WHO HAS TRIED NUMEROUS COMPLEX CASES TO VERDICT IN STATE AND FEDERAL COURTS ACROSS THE COUNTRY.

Chambers USA 2019 recognized Mr. León as a "natural leader and thinker," experienced in complex commercial litigation and arbitrations, who helps "major" corporate clients with their financial, insurance and intellectual property disputes."

He has also been praised by Chambers for his "wide range of litigation and trial skills," including his "excellent sense of strategy" and oral advocacy skills. Chambers also underscores his expertise in complex disputes "across a wide array of sectors, including financial services, manufacturing, technology and real estate." His more than 20 years of commercial trial experience also encompasses the software and agricultural sectors.

In addition to his significant first-chair trial experience in both state and federal courts across the nation, Mr. León also has first-chair arbitration experience in national and international arbitration forums. He has handled appeals in both state and federal courts in a number of several jurisdictions.

Mr. León's results-oriented advocacy drives him to develop the optimal strategy for each client and matter. Whether it involves sophisticated motion practice or a full-scale trial, he always strives to win "globally" on every parameter important to the client.

## Representations

### Intellectual Property
*Trace-Wilco, Inc. v. Symantec Corporation, et al.* Case No. 08-CV-80877-KAM. Represented defendant in patent infringement action.

*Cross County Home Services, Inc. v. Home Services USA Corporation, et al.,* Case No. 08-CV-61456-PAS. Represented domestic and international companies in successful defense of a multi-million dollar trademark infringement action.

Read More…

### Financial Services litigation
*JPMorgan Chase Bank, N.A. et al. v. Ben-Ezra & Katz, P.A.,* Case No. 11-CV-60655-JIC. Represented bank in successful claim for injunctive relief.

*Aris Multi-Strategy Fund, L.P. v. Guerra, et al.,* No. 602982/09 (N.Y. Sup. Ct.); Aris Multi-Strategy Fund, L.P. v. Quantek Opportunity Fund, L.P., Case No. 11-10074CA40. Represented investment manager in defense of state law claims arising from alleged negligence and pursuit of insurance recovery claims under D&O policy.

Read More…

### Insurance recovery
*Republic Services, Inc. v. American International Specialty Lines Insurance Company,* Case No. 07-CV-21991-ASG. Represented plaintiff in a $67 million insurance recovery claim for damages arising from landfill clean-up.

*Costa Nursery Farms v. Arch Specialty Ins.,* Case No. 06-CV-22450-MGC. Represented plaintiff in a $20 million insurance recovery claim for structural damages arising from hurricane damage.

Read More…

### General Commercial litigation

*NCL (Bahamas) Ltd. v. ABB Ltd., et al.,* Case No. 05-CV-21796-JAL. Represented defendant in defense of $200 million warranty and tort claims.

*In re: Dreams, Inc. Shareholder Litigation,* No. 12-11242 (07) (Fla. Cir. Ct.) (Judge Streitfeld). Represented defendant in shareholder derivative action.

*Costa Layman, LLC v. Copeland,* Case No. 13-CV-24309-JEM. Prosecuted violation of non-compete and claim for injunctive relief.

*Cardinal Commercial Development, LLC v. Pan American West, Ltd.,* 50 So.3d 68 (Fla. 3d DCA 2010): Represented Plaintiff, Cardinal Commercial Development LLC, at the trial court and on appeal, in a commercial real estate dispute over land use provisions in a purchase agreement for the development of land in an industrial park.

### Reported Decisions

*Acosta v. Merscorp Inc.,* 2007 WL 2153563 (S.D. Tex. 2007)

*Bennett v. United States Water Polo, Inc.,* 2009 WL 1089480 (S.D. Fla. 2009)

*Citadel Commerce Corp. v. Cook Sys., LLC,* 2010 U.S. Dist. LEXIS 54730 (M.D. Fla. 2010)

*Columbia Data Prods. v. Symantec Corp.,* 2008 WL 516748 (M.D. Fla. 2008)

*Cross Country Home Servs. v. Home Serv. United States Corp.,* 2010 WL 331752 (S.D. Fla. 2010)

*In re Deepwater Horizon,* 745 F.3d 157 (5th Cir. 2014)

*In re Sinaltrainal Litig.,* 474 F. Supp. 2d 1273 (S.D. Fla. 2006)

*JPMorgan Chase Bank, N.A. v. Ben-Ezra & Katz, P.A.,* 2011 U.S. Dist. LEXIS 41047 (S.D. Fla. 2011)

*Kaye v. Ingenio, Filiale De Loto-Quebec, Inc.,* 2014 U.S. Dist. LEXIS 73180 (S.D. Fla. 2014)

*Pan American West, Ltd. v. Cardinal Commer. Dev., LLC,* 50 So. 3d 68 (Fla. 3d DCA 2010)

*Robinson v. Merscorp Inc.,* 2008 U.S. Dist. LEXIS 8714 (S.D. Tex. 2008)

*SunGard Pub. Sector, Inc. v. Innoprise Software, Inc.,* 2012 U.S. Dist. LEXIS 12858 (M.D. Fla. 2012)

*Trace-Wilco, Inc. v. Symantec Corp.,* 2009 U.S. Dist. LEXIS 13646 (S.D. Fla. 2009)

*Tvestments, Ltd. v. L.K. Station Group, LLC,* 2008 U.S. Dist. LEXIS 120804 (S.D. Fla. 2008)

*Zephyr Aviation III, L.L.C. v. Keytech Ltd.,* 2008 U.S. Dist. LEXIS 21944 (M.D. Fla. 2008)

## Leadership

Mr. León co-founded the litigation boutique León Cosgrove LLP in 2013 as a new value proposition in commercial litigation after a decade of accomplishments as an equity partner at a perennial top-10 international law firm.

For a decade, he managed a national litigation practice from Miami and Houston offices, during which he successfully tried numerous cases to verdict across the U.S.; co-chaired a firm-wide global Retail Practice

Group; and led IP Disputes, Insurance Recovery, and Products Liability practices in Florida. In 2005, Mr. León became one of the youngest associates ever to be named partner from within the 1,400-lawyer firm.

Mr. León started his career as a trial lawyer in 1997 at one of the most prestigious litigation powerhouses in Houston, where he successfully tried a number of cases to verdict in state and federal courts throughout Texas. He maintains deep roots in the Houston area in addition to his Miami base of operations.

## Community Involvement

From 2010 to 2013, Mr. León served as General Counsel to the Congressional Hispanic Caucus Institute, a non-profit organization based in Washington, D.C., and led by U.S. congressional leaders and senior executives from numerous Fortune 500 companies, all dedicated to developing the next generation of Latino leaders.

In 2006, he founded LegalLine of Miami-Dade, a free and anonymous legal advice community hotline sponsored by the Dade County Bar Association, and has served as LegalLine's chair since inception. In 2008, LegalLine garnered a prestigious pro bono award from The Florida Bar and was recognized as the best pro bono program in the state.

Mr. León is also a graduate of the Greater Miami Chamber of Commerce's "Leadership Miami" program, and is a long-time member of the GMCC.

## Practice Areas

Commercial Litigation

Banking & Financial Services

Class Action

Intellectual Property

Real Estate

Insurance Recovery

## Honors & Awards

Recognized by The Best Lawyers in America© 2020 for Commercial Litigation

Recognized by The Best Lawyers in America© 2019 for Commercial Litigation

Ranked in Florida for Commercial Litigation, Chambers USA 2020

Ranked in Florida for Commercial Litigation, Chambers USA 2019

Ranked in Florida for Commercial Litigation, Chambers USA 2018

Ranked in Florida for Commercial Litigation, Chambers USA 2017

Ranked in Florida for Commercial Litigation, Chambers USA 2016

[Law360 'Trial Pro" 2016](#)

One of 30 top corporate "Influentials" in the U.S. (and one of only four outside counsel attorneys to make the list), Hispanic Business Magazine, 2011

"Legal Elite," Florida Trend magazine

Lynn Futch "Most Productive Young Attorney" award, The Florida Bar, 2007

Top "Up & Comer" in the legal industry, South Florida Business Journal, 2007

**Court Admissions**

Florida

Texas

U.S. District Courts for the Southern, Middle and Northern Districts of Florida

U.S. District Courts for the Southern, Northern, Eastern and Western Districts of Texas

U.S. Courts of Appeals for the Fifth and Eleventh Circuits

**Education**

J.D., University of Miami School of Law, cum laude, 1997

B.A., Florida State University, 1993

**Languages**

Native Speaker of English and Spanish

- [Home](#)
- [About Us](#)
- [Attorneys](#)
- [Practice Areas](#)
- [News](#)
- [Careers](#)
- [Offices](#)
- [Privacy Policy](#)
- [Website by PROPER](#)

255 Alhambra Circle - 8th Floor Miami, Florida 33134

This is an advertisement. The hiring of a lawyer is an important decision that should not be based solely upon advertisements. Before you decide, ask us to send you free written information about our qualifications and experience. This web site provides general information about our firm. We do not intend it to constitute, nor should any reader understand it to provide, legal advice. We do not seek to represent anyone desiring representation in any jurisdiction where this web site does not comply with that jurisdiction's laws and ethical rules.

# Exhibit B

# LEÓN LE COSGROVE

- 255 Alhambra Circle - 8th Floor
- Miami, Florida 33134

- [Our Firm](#)
- [Attorneys »](#)
- [Practice Areas](#)
- [News](#)
- [Careers](#)
- [Offices](#)

```
SEARCH
```

Andrew B. Boese

## Andrew B. Boese



Office: 305.740.1984

Fax:   305.437.8158

Email: aboese@leoncosgrove.com

# ANDREW B. BOESE IS A PARTNER AT LEÓN COSGROVE LLP WHO FOCUSES HIS PRACTICE ON CIVIL TRIAL AND APPELLATE MATTERS AND ON COMPLEX COMMERCIAL LITIGATION.

Mr. Boese has extensive experience in financial services litigation, qui tam whistleblower actions, consumer protection actions, business torts, contract disputes, municipal law, and complex land use disputes. He has tried jury and bench trials in state and federal courts in Florida, and handled arbitrations before the American Arbitration Association. His appellate experience includes oral arguments before the United States Court of Appeal for the Eleventh Circuit, Florida's Third and Fourth District Courts of Appeal and the Florida Circuit Court Appellate Division.

Mr. Boese previously practiced at Morgan, Lewis & Bockius LLP, where he primarily defended institutional clients in high-profile national lawsuits at the trial and appellate levels throughout the country. Prior to his work at Morgan Lewis, Mr. Boese was an Assistant Attorney for Miami-Dade County, one of the largest counties in the United States, where he was chief of the appellate practice section. He also was an adjunct faculty member at the University of Miami School of Law, where he taught legal writing from 2004 to 2010.

Prior to law school, Mr. Boese served for eight years in the U.S. Army's Military Intelligence Corps, from which he was honorably discharged as a Captain.

## Representations

Represented the State of Florida against RJ Reynolds Tobacco in a contract action that resulted in a $93 million judgment in favor of the State of Florida, and for annual payments in perpetuity.

Defense of a financial services company in federal district courts in Nevada and California and before the Ninth Circuit Court of Appeals in claims involving qui tam False Claims Act allegations that the company deceptively avoided compliance with mortgage recording requirements.

Defense of Broward County and its Board of County Commissioners from alleged violations of Section 2 of the Voting Rights Act and the Equal Protection Clause through the process of redrawing district boundaries.

  Read More…

## Practice Areas

Commercial Litigation

Banking & Financial Services

Appellate

Class Action

## Honors & Awards

John Edward Smith Child Advocacy Award, Lawyers for Children America, 2007

**Court Admissions**

Florida

U.S District Courts for the Southern, Middle, and Northern Districts of Florida

U.S. Courts of Appeals for the Sixth and Eleventh Circuits

**Education**

J.D., University of Miami School of Law, summa cum laude, 2004

University of Miami Law Review

B.S., Excelsior college, 1995

- Home
- About Us
- Attorneys
- Practice Areas
- News
- Careers
- Offices
- Privacy Policy
- Website by PROPER

255 Alhambra Circle - 8th Floor Miami, Florida 33134

This is an advertisement. The hiring of a lawyer is an important decision that should not be based solely upon advertisements. Before you decide, ask us to send you free written information about our qualifications and experience. This web site provides general information about our firm. We do not intend it to constitute, nor should any reader understand it to provide, legal advice. We do not seek to represent anyone desiring representation in any jurisdiction where this web site does not comply with that jurisdiction's laws and ethical rules.

# Exhibit C



- 255 Alhambra Circle - 8th Floor
- Miami, Florida 33134

- Our Firm
- Attorneys »
- Practice Areas
- News
- Careers
- Offices

SEARCH

William A. O'Leary

# William A. O'Leary



Office: 305.570.3247

Email: woleary@leoncosgrove.com

## William O'Leary focuses his practice on complex commercial and business litigation. Prior to joining Leon Cosgrove, LLP, Mr. O'Leary

served as a career judicial law clerk to the Honorable James Lawrence King of the United States District Court for the Southern District of Florida. In that role, he drafted numerous opinions and maintained primary responsibility for the court's civil and criminal docket, where he was exposed to a wide variety of cases arising under many different practice areas. This experience has given him a unique insight into effective legal writing and oral advocacy, as well as a strong grasp of the Federal Rules of Civil Procedure and Federal Rules of Evidence.

Mr. O'Leary attended the University of Florida Levin College of Law, where he graduated in the top 5 percent of his class, with honors, while simultaneously serving as the vice-president of the Justice Campbell Thornal Florida Moot Court Team, a teaching assistant for a legal writing professor, an editor of the Florida Journal of Law and Public Policy and a summer associate for in-house counsel to a Fortune 500 company.

**Practice Areas**

Commercial Litigation

**Honors & Awards**

Order of the Coif

Book Awards in Florida Civil Procedure, Trial Practice

Best Oralist, Zimmerman Kiser Sutcliffe Moot Court Final Four Competition

Best Brief Winner and Finalist, E. Earle Zehmer National Moot Court Competition

Best Team, Raymer F. Maguire Appellate Advocacy Competition

Order of the Barristers

**Court Admissions**

Florida

**Education**

J.D., University of Florida Levin College of Law, magna cum laude, 2019

B.A., Catholic University, magna cum laude, 2016

- Home
- About Us
- Attorneys
- Practice Areas
- News

12/23/21, 12:56 AM   Case 6:21-cv-00119-RBD-GJK   Document 56-2   Filed 12/30/21   Page 18 of 18 PageID 1497   William O'Leary | León Cosgrove | León Cosgrove

- Careers
- Offices
- Privacy Policy
- Website by PROPER

255 Alhambra Circle - 8th Floor Miami, Florida 33134

This is an advertisement. The hiring of a lawyer is an important decision that should not be based solely upon advertisements. Before you decide, ask us to send you free written information about our qualifications and experience. This web site provides general information about our firm. We do not intend it to constitute, nor should any reader understand it to provide, legal advice. We do not seek to represent anyone desiring representation in any jurisdiction where this web site does not comply with that jurisdiction's laws and ethical rules.